IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION  09-00077-CG |
| | ) | CIVIL ACTION NO. 12-0545-CG |
| CHRISTOPHER SEALS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on defendant's motion under 28 US.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Doc. 96), in which the defendant requests that he be sentenced under the Fair Sentencing Act of 2010.  The government represents in its response (Doc. 98)  that it does not oppose the motion and agrees that the defendant is entitled to relief under the Supreme Court's recent decision in Dorsey v. United States, __ U.S. __, 132 S.Ct. 2321 (June 21, 2012).

Upon due consideration, the court finds that the defendant is entitled to relief under Dorsey; therefore, the defendant's motion under 28 U.S.C. § 2255 is **GRANTED**, and the sentence imposed as to Count 1 of the Superseding Indictment on August 17, 2010 is hereby **VACATED**.

Pursuant to the Sentencing Reform Act of 1984 and the Fair Sentencing Act of 2010, it is the judgment of the court that the defendant, Christopher Seals, is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Sixty (60) months as to Count 1 of the Superseding Indictment.  Said

term is to be served consecutively to the sixty (60) month, mandatory minimum sentence imposed on August 17, 2010 as to Count Three (3) of the Superseding Indictment.  All other terms and conditions previously imposed on August 17, 2010 are to remain the same.  A separate amended judgment will be issued.

     **DONE and ORDERED** this 4th day of September, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE