# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER SEALS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 09-00077-CG-B |
| ) | CIVIL ACTION NO. 12-545-CG-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 10, 2019 (Doc. 117) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Government's Motion to Dismiss (Doc. 112) is **GRANTED**, that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 111) is **DENIED**, and that Seals is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 25th day of June, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE