# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER SEALS, | ) |
| Petitioner, | ) |
| vs. | ) CRIMINAL NO. 09-00077-CG-B |
| | ) CIVIL ACTION NO. 12-545-CG-B |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date denying Petitioner Christopher Seals' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Seals, and that Seals is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 25th day of June, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE